**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

G.T., *individually and on behalf of his child C.T. a minor*,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

------------------------------------- x

ORDER

18 Civ. 11262 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's Memorandum Decision and Order dated March 30, 2020, (ECF No. 49), the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
       May 11, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge